IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CRUZ, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2325 |
| | § | |
| JOHNATHAN NEVIN GILL, *et al.*, | § | |
|     Defendants. | § | |

### REMAND ORDER

It is hereby **ORDERED** that the parties' Agreed Motion to Remand [Doc. # 4] is **GRANTED** and this case is **REMANDED** to the 23rd Judicial District Court of Wharton County, Texas.

SIGNED at Houston, Texas, this **20th** day of **June, 2006.**

_____
Nancy F. Atlas
United States District Judge